# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

## NOTICE REGARDING CONFLICT WITH PROPOSED ARGUMENT DATES

No. 23-6604    Caption: US v. David Shanton, Sr.

---

Argument Session For Which You Are Scheduled: September 24-27, 2024

Dates You Are Available To Argue in the Session (if any):

I am available for all dates, September 24-27, 2024.

Identify Any Other Cases You Are Tentatively Scheduled To Argue this Session:

In re: Scott Rendelman, 23-257

Other Relevant Information:

Party(ies) You Represent:

United States of America

---

| 6.24.24 | /s/ Jason D. Medinger |
|---|---|
| Date | Counsel Signature |